IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BONNIE LARSON,

                                                                                                  ORDER

                       Plaintiff,

                                                                                                  11-cv-138-bbc

     v.

GOLDEN RULE INSURANCE COMPANY,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The parties have notified the court that if they need a trial on the issue of damages in this case, they will consent to having it before Magistrate Judge Crocker. They may have until April 3, 2012, in which to advise the court whether a trial will be necessary. The current pretrial deadlines and trial date are stricken.

       Entered this 16th day of March, 2012.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge