# BORGELT, POWELL, PETERSON & FRAUEN, S.C.



ATTORNEYS AND COUNSELORS
*Established 1881*

**Patrick D. McNally**
Direct Dial:  (414) 287-9156
E-Mail:  pmcnally@borgelt.com
Website:  www.borgelt.com

735 N. Water Street, Suite 1500
Milwaukee, WI 53202-4188
Facsimile:  414-276-0172

April 30, 2012

U. S. District Judge Barbara B. Crabb
U. S. Magistrate Judge Stephen L. Crocker
United States District Court
Western District of Wisconsin
United States Courthouse
120 North Henry Street, Room 320
P.O. Box 432
Madison, WI  53703-2559

Re:   ***Bonnie Larson v. Golden Rule Insurance Company***
Western District of Wisconsin Case No.  3:11-CV-00138

Dear District Judge Crabb and Magistrate Judge Crocker:

This letter is to advise the Court that the primary parties have reached a tentative settlement of this matter.  A proposed Stipulation and Order For Dismissal will hopefully be submitted to the Court for approval in the next week or two.  We thank the Court again for its attention and consideration here.

Very truly yours,

BORGELT, POWELL, PETERSON & FRAUEN, S.C.

/s/ Patrick D. McNally

Patrick D. McNally

PDM/mf