IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BONNIE LARSON,

                                              ORDER

                  Plaintiff,

                                              11-cv-138-bbc

     v.

GOLDEN RULE INSURANCE
COMPANY,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have advised the court that they have settled this case. A status conference will be held by telephone on May 18, 2012, at 8:30 a.m. Defendant's counsel is to initiate the call. The conference will be canceled if the parties submit final settlement papers before May 18, 2012.

      Entered this 1st day of May, 2012.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge