UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

BONNIE LARSON,                                              Case No. 3:11-cv-00138

        Plaintiff,

        vs.

GOLDEN RULE INSURANCE
COMPANY,

        Defendant.
_____

**STIPULATION AND ORDER FOR DISMISSAL**
_____

WHEREAS, Defendant Golden Rule Insurance Company ("Golden Rule") and Plaintiff Bonnie Larson have agreed to settle this matter in lieu of appeal by either party of the Court's Opinion and Order dated March 14, 2012, and conditioned upon the Court's vacating the Opinion and Order and dismissal of this lawsuit with prejudice and without costs to either party; and

WHEREAS, the parties have agreed to settle the case on that basis;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT this matter can be dismissed with prejudice and without costs to either party.

BYE, GOFF & ROHDE, Ltd.

/s/ Tracy N. Tool                                                                                       4-23-12
_____                Dated: _____
Tracy N. Tool
State Bar No. 1038092
Attorneys for Plaintiff, Bonnie Larson

BORGELT, POWELL, PETERSON & FRAUEN, S.C.


/s/  Patrick D. McNally                                             5/3/12
_____           Dated: _____
Patrick D. McNally
State Bar No. 1041471
Attorneys for Defendant, Golden Rule
Insurance Company


**ORDER**

IT IS HEREBY ORDERED THAT the Court's Opinion and Order dated March 14, 2012 is withdrawn and vacated in all respects, and that this matter is dismissed with prejudice and without costs to either party.

 Entered this _____ day of _____, 2012.

BY THE COURT:



_____
Barbara B. Crabb, District Judge