UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

BONNIE LARSON,                                              Case No. 3:11-cv-00138

                Plaintiff,

                vs.

GOLDEN RULE INSURANCE
COMPANY,

                Defendant.
_____

## STIPULATION AND ORDER FOR DISMISSAL

WHEREAS, Defendant Golden Rule Insurance Company ("Golden Rule") and Plaintiff Bonnie Larson have agreed to settle this matter in lieu of appeal by either party of the Court's Opinion and Order dated March 14, 2012,

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT this matter can be dismissed with prejudice and without costs to either party.

BYE, GOFF & ROHDE, Ltd.

/s/ Tracy N. Tool
_____         Dated:   May, 10, 2012.
Tracy N. Tool
State Bar No. 1038092
Attorneys for Plaintiff, Bonnie Larson

BORGELT, POWELL, PETERSON & FRAUEN, S.C.

/s/Patrick D. McNally
_____         Dated: May, 10, 2012.
Patrick D. McNally
State Bar No. 1041471
Attorneys for Defendant, Golden Rule
Insurance Company

**ORDER**

IT IS HEREBY ORDERED THAT that this matter is dismissed with prejudice and without costs to either party.

    Entered this _____ day of _____, 2012.

BY THE COURT:

_____
Barbara B. Crabb, District Judge