UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

BONNIE LARSON,                                 Case No. 3:11-cv-00138

                Plaintiff,

                              vs.

GOLDEN RULE INSURANCE
COMPANY,

                Defendant.

---

## STIPULATION AND ORDER FOR DISMISSAL

---

WHEREAS, Defendant Golden Rule Insurance Company ("Golden Rule") and Plaintiff Bonnie Larson have agreed to settle this matter in lieu of appeal by either party of the Court's Opinion and Order dated March 14, 2012,

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT this matter can be dismissed with prejudice and without costs to either party.

BYE, GOFF & ROHDE, Ltd.

/s/ Tracy N. Tool

_____      Dated: May, 10, 2012.

Tracy N. Tool
State Bar No. 1038092
Attorneys for Plaintiff, Bonnie Larson

BORGELT, POWELL, PETERSON & FRAUEN, S.C.

/s/Patrick D. McNally

_____      Dated: May, 10, 2012.

Patrick D. McNally
State Bar No. 1041471
Attorneys for Defendant, Golden Rule
Insurance Company

## ORDER

IT IS HEREBY ORDERED THAT that this matter is dismissed with prejudice and without costs to either party.

Entered this ___10th___ day of ___May___, 2012.

BY THE COURT:

*Barbara B. Crabb*
Barbara B. Crabb, District Judge